UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10071-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO ESPILDORA, et al.

    Defendants.
_____

### ORDER ON *NEBBIA* REQUIREMENT

THIS CAUSE is before the Court on defendant **Ricardo Espildora's** Unoppsed Motion for Satisfaction of *Nebbia* Condition of Bond (DE 12). On January 30, 2009, the undersigned set bond in the amount of $10,000 - 10% with a *Nebbia* condition and $100,000 personal surety to be co-signed by the defendant's girlfriend and mother. The Government has filed their response (DE 13) to the motion informing the Court that it is satisfied that the money which will be utilized to post this bond was not derived from any illegal source. Based on the Government's representation, the undersigned finds that the *Nebbia* requirement has been met.

DONE AND ORDERED in the Southern District of Florida this 3rd day of February, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Strider Dickson (MIA)
AFPD Stewart Abrams (MIA)