UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-10071-MOORE

UNITED STATES OF AMERICA,

vs.

RICARDO ESPILDORA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court for hearing on March 16, 2017 on four (4) violations of supervised release.

The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court has reviewed the [174] Report and Recommendation issued March 1, 2017. Having received no objections, the Court hereby ADOPTS the Report and Recommendation. It is

ORDERED AND ADJUDGED based on the evidence presented to the Court during the evidentiary hearing, the government has not met its burden in respect to any of the four violations and the Defendant is found to have not violated his supervised release in respect to the four violations set forth in the Superseding Petition.

DONE AND ORDERED in Chambers, at Miami, Florida, 17th day of March, 2017.

_____
**K. MICHAEL MOORE**
**CHIEF UNITED STATES DISTRICT JUDGE**

copies furnished to:
All Counsel and Parties of Record